(INND Rev. 1/21)

page 1

*rec#1609*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

Gloria Estrada-Lopez
_____ ,
[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

City of South Bend
_____ ,
[*The* **DEFENDANT** *is who you are suing.*]

Case Number __3:23 c v 756__

[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 11788 Bowman Drive, Mishawaka, IN 46545

2. My telephone number is: ( 574 ) 310-7304

3. The Defendant's address is: 227 W Jefferson Blvd, Suite 1200, South Bend, IN 46601

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☑ Other: Retaliation for reporting discrimination of other employees, and reporting violations of Drug-Free Workplace Act

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: N/A

6. The date on my Notice of Right to Sue letter is: 05/17/2023

7. The date I received my Notice of Right to Sue letter was: 05/17/2023

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I applied for the Deputy Director of Human Resources position for the City of South Bend.

2. I was interviewed by Director of HR and Attorney with Legal Department.

3. I was called back for a 2nd interview on Feb 24, 2022 with the Director of HR and the Mayor's Chief of Staff.

4. After 2nd interview, I was told I was the preferred candidate for the Deputy Director of Human Resources position by the Director of HR.

5. After 2nd interview, The Mayor's Administrative Assistant confirmed that the Chief of Staff thought my interview went really well.

6. HR Director left employment in early March 2022.

7. New Director of HR was hired in April 2022.

8. I informed the new Director of HR that I had applied and interviewed for the Deputy Director of HR.

9. I reported to our Legal Department discriminatory actions regarding a Hispanic male employee by the Director of HR.

10. I reported to our Legal Department Violations of the Drug Free Workplace Act.

11. The Director of HR refused to interview me and another qualified Hispanic candidate for the Deputy Director of HR position, the job description was changed to exclude us.

12. I was discriminated against due to my national origin.

13. I was subjected to demeaning behavior by the Director of HR after my report to Legal.

14. I was retaliated against for opposing and reporting discriminatory practices.

15. I was retaliated against for reporting a violation of the Drug Free Workplace Act.

16. I resigned my position in HR due to the hostile work environment that I was subjected to.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                    page 3

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

To compensate me the difference in wage loss between my current position and the

Deputy Director of HR position for the max allowed.

**DOCUMENTS** – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

○ Other: _____

**FILING FEE** – Are you paying the filing fee?

☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          8-14-23
Signature                                                 Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*